**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Vancouier S. Barrett <br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 18-13278 jkf |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Specialized Loan Servicing LLC as servicer for U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, and Series 2006-NC2 and index same on the master mailing list.

     Respectfully submitted,

     **/s/ Rebecca A. Solarz, Esquire**
     Rebecca A. Solarz, Esquire
     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106-1532
     (215) 627-1322 FAX (215) 627-7734