UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

VANCOUIER S  BARRETT

                                                                   : Bankruptcy No. 18-13278JKF
Debtor(s)                             : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_Jean K. FitzSimon_ (signature)
_____
Jean K. FitzSimon, B. J.

**Date: October 15, 2018**

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

DIANA M DIXON ESQ
107 N BROAD ST
SUITE 307
DOYLESTOWN PA 18901-

VANCOUIER S  BARRETT
601 SYLVANIA  ROAD
EXTON,PA.19341