United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-13278-jkf
Vancouier S. Barrett                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2          Date Rcvd: Oct 15, 2018
                             Form ID: pdf900          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2018.
db            +Vancouier S. Barrett,    601 Sylvania Road,    Exton, PA 19341-2401
14108300       AT&T Mobility II, LLC,   C/O AT&T services, Inc.,    One AT & T Way,    Suite 3A104,
               Bedminster, NJ 07921
14108301      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
14163550      +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
14108302      +Edith R. Macauley-Barrett,    601 Sylvania Road,    Exton, PA 19341-2401
14108306      +KML Law Group, P.C.,    Thomas I. Puleo, Esq.,    701 Market St., Ste. 5000,
               Philadelphia, PA 19106-1541
14108307      +Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Blvd., Suite 1400,    One Penn Center Plaza,
               ATTN: Bankruptcy Department,    Philadelphia, PA 19103-1823
14165879       Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
               Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
14108309      +Specialized Loan Servicing, LLC,    8742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129-2386
14115858      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14194671      +West Whiteland Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
14195595      +West Whiteland Twp.,    c/o James R. Wood, Esquire,    Portnoff Law Associates, Ltd.,
               2700 Horizon Drive, Suite 100,    King of Prussia, PA 19406-2726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Oct 16 2018 02:15:03    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 16 2018 02:14:41
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 16 2018 02:14:57    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14164078      +E-mail/Text: g20956@att.com Oct 16 2018 02:15:09    AT&T Mobility II LLC,
               %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
               BEDMINSTER, NJ. 07921-2693
14108303      +E-mail/Text: cio.bncmail@irs.gov Oct 16 2018 02:14:28    IRS,    PO Box 7346,
               Philadelphia, PA 19101-7346
14108308       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 16 2018 02:18:36
               Pinnacle Credit Services, LLC,    Assignee of Verizon Wireless,    Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
                                                                                      TOTAL: 6


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +West Whiteland Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
14108304*     +IRS,   PO Box 7346,    Philadelphia, PA 19101-7346
14108305*     +IRS,   PO Box 7346,    Philadelphia, PA 19101-7346
                                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                              Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: Virginia            Page 2 of 2              Date Rcvd: Oct 15, 2018
                             Form ID: pdf900            Total Noticed: 18

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2018 at the address(es) listed below:
          DIANA M. DIXON    on behalf of Debtor Vancouier S. Barrett dianamdixonesq@gmail.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    West Whiteland Township jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association Et Al...
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                                        TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                  :

VANCOUIER S   BARRETT

                                                        : Bankruptcy No. 18-13278JKF
                      Debtor(s)                         : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: October 15, 2018**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

DIANA M DIXON ESQ
107 N BROAD ST
SUITE 307
DOYLESTOWN PA 18901-

VANCOUIER S   BARRETT
601 SYLVANIA   ROAD
EXTON,PA.19341